TV PIX, INC., ET AL. *v.* TAYLOR ET AL.

No. 214. Decided February 2, 1970

*George M. McMillan* for appellants.

*Harvey Dickerson,* Attorney General of Nevada, for appellees.

Briefs of *amici curiae* urging affirmance were filed by *Solicitor General Griswold* and *Henry Geller* for the United States, and by *Paul Rodgers* for the National Association of Regulatory Utility Commissioners. *E. Stratford Smith* and *Bruce Lovett* filed a brief for the National Cable Television Association, Inc., as *amicus curiae.*

PER CURIAM.

The motion of the National Association of Regulatory Utility Commissioners for leave to file a brief, as *amicus curiae,* is granted. The motion for leave to file the motion to dismiss or affirm is also granted.

The motion to affirm is granted and the judgment is affirmed.